
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

ISMAEL HUYOA JR., AKA: "CHAPARRO" )
YARELIS MICHELLE TORRES RIVERA )
GILBERTO RUIZ ROMERO, AKA: "GIL" )
MICHELLE GUZMAN HIGUERA )
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )
JUAN ANTONIO GALLARDO CASTRO, )
AKA: "JOHNNY" )
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )
JAVIER YZAGUIRRE )
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )
DARLIN YOBANI RIVERA ROMERO )
YACHIRA NICOLE HERRERA )
EDGAR CARRION LOPEZ )
ADAN MORENO ALMEDA )
FNU LNU, AKA: "JUAN GONZALEZ )
MARTINEZ"

Case No: 2:21-CR-120
Judge Corker/Wyrick

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about April 2021, to on or about October 26 2021, in the Eastern District of Tennessee and elsewhere, the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," YARELIS MICHELLE TORRES RIVERA, GILBERTO RUIZ ROMERO, AKA: "GIL," ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ JUAN ANTONIO GALLARDO CASTRO, AKA: "JOHNNY," ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓ DARLIN YOBANI RIVERA ROMERO, EDGAR CARRION LOPEZ, ADAN MORENO ALMEDA, FNU LNU, AKA: "JUAN GONZALEZ MARTINEZ," did knowingly, intentionally, and without authority combine, conspire, confederate and agree with diverse others, both known and unknown to the Grand Jury, to commit the following offenses against the United

1

States of America: the distribution of five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

[21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(A)]

## COUNT TWO

The Grand Jury further charges that from in or about April 2021, to on or about October 26 2021, in the Eastern District of Tennessee and elsewhere, the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," GILBERTO RUIZ ROMERO, AKA: "GIL," JAVIER YZAGUIRRE, ███ ███████████████████████ YACHIRA NICOLE HERRERA, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with diverse others, both known and unknown to the Grand Jury, to commit the following offenses against the United States of America: the distribution of fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(A)]

## COUNT THREE

The Grand Jury further charges that from in or about April 2021, to on or about October 26 2021, within the Eastern District of Tennessee, and elsewhere, the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," YARELIS MICHELLE TORRES RIVERA, GILBERTO RUIZ ROMERO, AKA: "GIL," MICHELLE GUZMAN HIGUERA, ███████████ ███████████████████████████ JUAN ANTONIO GALLARDO CASTRO, AKA: "JOHNNY," ████████████████████████ ██████████YACHIRA NICOLE HERRERA, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with each other to commit the following offenses against the United States of America:

2

knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, to conduct and attempt to conduct such financial transactions with intent to promote the carrying on of a specified unlawful activity, that is, the distribution of cocaine, and/or methamphetamine, Schedule II controlled substances, in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i).

[18 U.S.C. § 1956(h)]

## COUNT FOUR

The Grand Jury further charges that in or about April 2021, to on or about September 1, 2021, in the Eastern District of Tennessee, the defendant, ISMAEL HUYOA JR., AKA: "CHAPARRO," did knowingly possess firearms in furtherance of the drug offense as charged in Count One, namely, a violation of Title 21, United States Code, Sections 841(a)(1), which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FIVE

The Grand Jury further charges that on or about August 14, 2021, in the Eastern District of Tennessee, the defendant, YARELIS MICHELLE TORRES RIVERA, did knowingly possess firearms in furtherance of the drug offense as charged in Count One, namely, a violation of Title 21, United States Code, Sections 841(a)(1), which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SIX

The Grand Jury further charges that on or about July 21, 2021, in the Eastern District of Tennessee, the defendant, YACHIRA NICOLE HERRERA, did knowingly possess firearms in

3

furtherance of the drug offense as charged in Count Two, namely, a violation of Title 21, United States Code, Sections 841(a)(1), which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT SEVEN

The Grand Jury further charges that on or about October 21, 2021, within the Eastern District of Tennessee, the defendants, ADAN MORENO ALMEDA and FNU LNU, AKA: "JUAN GONZALEZ MARTINEZ," aided and abetted by each other, did knowingly possess a firearm in furtherance of a drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.

[18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One, Two, Four, Five, Six and Seven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code 2461(c).

Upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and/or 841, the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," YARELIS MICHELLE TORRES RIVERA, GILBERTO RUIZ ROMERO, AKA: "GIL," ███████ ███████ JUAN ANTONIO GALLARDO CASTRO, AKA: "JOHNNY," ███████ ███████ JAVIER YZAGUIRRE, ███████ DARLIN YOBANI RIVERA ROMERO, YACHIRA NICOLE HERRERA, EDGAR CARRION LOPEZ, ADAN MORENO ALMEDA, and FNU LNU, AKA: "JUAN GONZALEZ MARTINEZ,"

4

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following property:

A. MONEY JUDGMENT

A personal money judgment in favor of the United States and against the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," YARELIS MICHELLE TORRES RIVERA, GILBERTO RUIZ ROMERO, AKA: "GIL," ███████ JUAN ANTONIO GALLARDO CASTRO, AKA: "JOHNNY," ███████ JAVIER YZAGUIRRE, ███████ DARLIN YOBANI RIVERA ROMERO, YACHIRA NICOLE HERRERA, EDGAR CARRION LOPEZ, ADAN MORENO ALMEDA, and FNU LNU, AKA: "JUAN GONZALEZ MARTINEZ," in the amount of proceeds that the defendants personally obtained for violations of Title 21, United States Code, Sections 846 and/or 841.

B. U.S. CURRENCY

Approximately $34,000.00 U.S. currency seized from ISMAEL HUYOA, JR. on September 1, 2021.

C. FIREARMS AND AMMUNITION

Upon conviction of an offense in violation of Title 18, United States Code, Section 924, the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," YARELIS MICHELLE TORRES RIVERA, YACHIRA NICOLE HERRERA, ADAN MORENO ALMEDA, and FNU LNU, AKA: "JUAN GONZALEZ MARTINEZ," shall forfeit to the United States of America all firearms and ammunition involved in or used in the commission of the offenses.

The allegation contained in Count Three of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

Upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," YARELIS MICHELLE TORRES RIVERA, GILBERTO RUIZ ROMERO, AKA: "GIL," MICHELLE GUZMAN HIGUERA, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ JUAN ANTONIO GALLARDO CASTRO, AKA: "JOHNNY," ▮▮▮▮▮▮▮▮▮▮ YACHIRA NICOLE HERRERA, shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

A. MONEY JUDGMENT

A personal money judgment in favor of the United States and against the defendants, ISMAEL HUYOA JR., AKA: "CHAPARRO," YARELIS MICHELLE TORRES RIVERA, GILBERTO RUIZ ROMERO, AKA: "GIL," MICHELLE GUZMAN HIGUERA, ▮▮▮▮▮▮▮▮▮▮▮▮ JUAN ANTONIO GALLARDO CASTRO, AKA: "JOHNNY," ▮▮▮▮▮▮▮▮▮▮ YACHIRA NICOLE HERRERA, which represents the funds that the defendants personally obtained that were involved in or traceable to the violation of Title 18, United States Code, Section 1956(h).

B. U.S. CURRENCY

Approximately $34,000.00 U.S. currency seized from ISMAEL HUYOA, JR. on September 1, 2021.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

FRANCIS M. HAMILTON, III  
Acting United States Attorney

By: _____  
MEGHAN L. GOMEZ  
Assistant U.S. Attorney

[signature redacted]  
FOREPERSON

7